select one, but the plaintiff *Herman Katz* refused so to do. What explanation or disproval shall develop when this case is tried on its merits and the litigants and their witnesses subjected to the test of cross-examination we cannot now know, but there is here no sufficient showing to authorize the circuit court, in the exercise of a just discretion, to appoint a receiver of the property of this corporation *pendente lite*.

*By the Court.*—Order affirmed.

KATZ and another, Appellants, vs. DE WOLF and others, Respondents.

*November 20—December 10, 1912.*

*Katz v. De Wolf, ante,* p. 337, followed.

APPEAL from an order of the circuit court for Milwaukee county: W. J. TURNER, Circuit Judge. *Affirmed.*

The appeal is from an order denying a motion for the appointment of a receiver *pendente lite*.

For the appellants there was a brief by *Frank M. Hoyt*, attorney, and *Glicksman, Gold & Corrigan*, of counsel, and oral argument by *Mr. Hoyt* and *Mr. Nathan Glicksman*.

For the respondents there was a brief by *Adolph Huebschmann*, attorney, and *Thomas H. Gill*, of counsel, and oral argument by *Mr. Huebschmann*.

TIMLIN, J. This case relates to a different corporation, but otherwise presents the same questions as the preceding case of *Katz v. De Wolf, ante,* p. 337, 138 N. W. 1013, and is ruled by the decision in that case.

*By the Court.*—Order affirmed.